**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | Case No. 3:16-cv-02337-WHO |
| Plaintiff, | |
| vs. | **ORDER** |
| **Tiffanie Ettice Drummer,** | |
| Defendant. | |

### ORDER

   **IT IS HEREBY ORDERED** that the Initial Case Management Conference in civil action 3:16-cv-02337-WHO styled *J & J Sports Productions, Inc. v. Drummer,* is hereby continued from Tuesday, August 9, 2016 to September 20, 2016.

   Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

[signature]                                      Dated: July 21, 2016

**THE HONORABLE WILLIAM H. ORRICK**
**United States District Court**
**Northern District of California**