UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

v.

TIFFANIE ETTICE DRUMMER,

Defendant.

Case No. 16-cv-02337-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 26

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 6, 2016



WILLIAM H. ORRICK
United States District Judge